FILED
2009 Jun-12 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **BRENDA G. HAIRSTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **09-BE-274-M** |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.,** ) | |
| ) | |

### ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **Wednesday, August 12, 2009** that final settlement documentation could not be completed.

DONE and ORDERED this 12th day of June, 2009.



_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE